Patricia W. Christensen (0645)
Timothy B. Smith (8271)
PARR WADDOUPS BROWN GEE & LOVELESS
185 South State Street, Suite 1300
Salt Lake City, Utah 84111-1537
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

Attorneys for Defendant and Counterclaimant
Westcomb Outerwear Inc.

FILED
U.S. DISTRICT COURT

2009 MAR 23  P 12: 14

DISTRICT OF UTAH

BY:_____
      DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ARC'TERYX EQUIPMENT INC., a British Columbia corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br>vs.<br><br>WESTCOMB OUTERWEAR, INC. a British Columbia corporation,<br><br>    Defendant/Counterclaimant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:07-cv-59 TS<br><br>The Honorable Ted Stewart |

Upon consideration of the Joint Motion and Stipulation for Dismissal with Prejudice (the "Motion"), having determined that good cause is shown and being fully advised in the premises, the Court hereby Orders, Adjudges, and Decrees as follows:

1. The Motion shall be, and the same hereby is, Granted; and

2. All claims that were or could have been asserted by the parties in the above-captioned lawsuit are hereby dismissed with prejudice, each party to bear its own attorneys fees and costs.

DATED this 23rd day of March, 2009.

BY THE COURT:

_____
Honorable Ted Stewart